MILES J. FELDMAN (Bar No. 173383)
mfeldman@raineslaw.com
LAITH D. MOSELY (Bar No. 250832)
lmosely@raineslaw.com
**RAINES FELDMAN LLP**
1800 Avenue of the Stars, 12th Floor
Los Angeles, California 90067
Telephone: +1 310 440 4100
Facsimile: +1 310 691 1367

DAVID J. LENDER (*pro hac vice* forthcoming)
david.lender@weil.com
ANISH R. DESAI (*pro hac vice* forthcoming)
anish.desai@weil.com
**WEIL, GOTSHAL & MANGES LLP**
767 Fifth Avenue
New York, NY 10153
Telephone: +1 212 310 8000
Facsimile: +1 212 310 8007

Attorneys for Plaintiff General Electric Co.

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

General Electric Co.,

    Plaintiff,

    vs.

Vestas Wind Systems A/S and Vestas-American Wind Technology, Inc.,

    Defendants.

Case No. 2:17-CV-5653

**COMPLAINT FOR PATENT INFRINGEMENT**

**DEMAND FOR JURY TRIAL**

Plaintiff General Electric Co. ("GE" or "Plaintiff"), by and through its undersigned counsel, complains and alleges against Vestas Wind Systems A/S ("Vestas A/S") and Vestas-American Wind Technology, Inc. ("Vestas-American") (collectively "Vestas" or "Defendants") as follows:

## NATURE OF THE ACTION

1.  This is a civil action for patent infringement arising under the patent laws of the United States, 35 U.S.C. §§ 1 *et seq.*

2.  GE brings this suit to halt Defendants' infringement of one or more claims of U.S. Patent No. 7,629,705 ("the '705 patent"). The '705 patent addresses a problem with power grid connected wind turbines. Power grids naturally experience short-term voltage dips due to, for example, large electrical loads, lightning strikes, or short circuits. To avoid damage resulting from this voltage drop, wind turbines traditionally were designed to disconnect from the grid and attempt to reconnect after a certain period of time. GE's patented technology, however, provides that a wind turbine generator coupled to an electric power system is configured such that the wind turbine generator remains connected to the electric power system during and subsequent to the electric power system voltage decreasing to approximately zero volts. This technology is embodied and described in the '705 patent and is referred to as Zero Voltage Ride Through (ZVRT).

3.  As legal owner by assignment of the '705 patent, GE seeks damages for Defendants' infringement and a permanent injunction restraining Defendants from further infringement.

## THE PARTIES

4.  Plaintiff GE is a corporation that is organized and existing under the laws of the State of New York, with its principal place of business at 41 Farnsworth Street, Boston, Massachusetts 02210. GE engages in the development, manufacture, and distribution of variable speed wind turbines and components.

5.     Defendant Vestas A/S is a corporation organized under the laws of Denmark, having its headquarters and a principal place of business at Hedeager 42, 8200 Aarhus N, Denmark. Vestas A/S is the ultimate parent of a number of subsidiaries here in the United States. Vestas A/S engages in the development, manufacture, distribution, installation, and service of variable speed wind turbines and components for importation, sale, and use in the United States, including California and this judicial District, through its U.S.-based subsidiary Vestas-American.

6.     Defendant Vestas-American is a wholly-owned subsidiary of Vestas A/S, is organized under the laws of California, and has its headquarters and a principal place of business at 1417 NW Everett St., Portland, OR 97209. Vestas-American engages in the sale, development, manufacture, distribution, installation, and service of variable speed wind turbines and components for importation, sale, and use in the United States, including in California and in this judicial District. Upon information and belief, Vestas-American is ultimately under the direction and control of Vestas A/S and/or acts as an agent of Vestas A/S.

**JURISDICTION AND VENUE**

7.     This Court has federal question jurisdiction over the subject matter of this action under 28 U.S.C. §§ 1331 and 1338(a), because this is a civil action arising under the patent laws of the United States, 35 U.S.C. §§ 1 *et seq*.

8.     Vestas-American is subject to this Court's personal jurisdiction. Vestas-American is incorporated in the State of California. Vestas-American is involved in the design, manufacture, importation, and testing of variable speed wind turbines and components thereof. Further, Vestas-American regularly conducts business in the State of California and in this District, and has committed acts of patent infringement in this District, including, but not limited to, offering for sale, selling, distributing, installing, making, using, and/or commissioning variable speed wind turbines at the following wind farms in California: San Gorgonio Wind Farm, Brookfield Wind Farm, Alta II-IX Wind Farm, and Solano III Wind Farm. As such, Vestas-American

Complaint

has purposefully availed itself of the privilege of conducting business within this District; has established sufficient minimum contacts with this District such that it should reasonably and fairly anticipate being haled into court in this District; has purposefully directed activities at residents of this District; and at least a portion of the patent infringement claims alleged herein arise out of or are related to one or more of the foregoing activities.

9.      Vestas A/S is subject to this Court's personal jurisdiction. Vestas A/S is involved in the design, manufacture, importation, and testing of variable speed wind turbines and components thereof.  Vestas A/S distributes, imports, or otherwise makes variable speed wind turbines and components thereof.  Further, Vestas A/S conducts business in the State of California and in this District, and has committed acts of patent infringement in this District, including, but not limited to, offering for sale, selling, distributing, installing, making, using, and/or commissioning variable speed wind turbines at the following wind farms in California:  San Gorgonio Wind Farm, Brookfield Wind Farm, Alta II-IX Wind Farm, and Solano III Wind Farm. Vestas A/S intends for the components that it designs, manufactures, tests, distributes, and markets to be sold and installed in California. Vestas A/S intends for the variable speed wind turbines that it designs, tests, distributes, and markets to be sold and installed in California. Vestas A/S has thus purposefully availed itself of the privilege of conducting business within this District; has established sufficient minimum contacts with this District such that it should reasonably and fairly anticipate being haled into court in this District; has purposefully directed activities at residents of this District; and at least a portion of the patent infringement claims alleged herein arise out of or are related to one or more of the foregoing activities.

10.      Venue is proper in this District pursuant to 28 U.S.C. §§ 1391 and 1400(b). Vestas-American is incorporated in, and thus resides in, the State of California and this District. Vestas A/S does not reside in the United States, and thus, may be sued in any judicial district.

Complaint

## **GE'S ASSERTED PATENT**

11. On December 8, 2009, the United States Patent Office duly and legally issued the '705 patent titled "Method and Apparatus for Operating Electrical Machines." A true and correct copy of the '705 patent is attached hereto as Exhibit A.

12. The '705 patent identifies Sidney A. Barker, Anthony Klodowski, John D'Atre, Einar Larsen, and Goran Drobnjak as the inventors.

13. GE is the owner of all right, title, and interest in the '705 patent with the full and exclusive right to bring suit to enforce the '705 patent, including the right to recover for past damages and/or royalties.

14. On February 11, 2010, GE filed a complaint against Mitsubishi Heavy Industries, Ltd. and Mitsubishi Power Systems Americas, Inc. (collectively, "Mitsubishi") in the United States District Court for the Northern District of Texas (Case No. 3:10-cv-00276) asserting that Mitsubishi's wind turbines configured for zero voltage ride through infringed claim 1 of the '705 patent. Following a jury trial in February-March 2012 and a bench trial in October 2012, the Court entered final judgment that claim 1 of the '705 patent was infringed, not invalid and not unenforceable; awarded GE $166,750,000 in lost profits and $3,445,000 in reasonably royalty damages; and entered a permanent injunction against Mitsubishi. Mitsubishi and GE reached a settlement regarding all legal actions between the parties in December 2013.

15. The validity of claim 1 of the '705 Patent has also been confirmed after multiple reexaminations by the United States Patent Office. On March 24, 2011, Mitsubishi filed a request for *inter partes* reexamination of claims 1-9, 13 and 14 of the '705 patent (Control No. 95/000,603). The reexamination with respect to claims 1-6 of the '705 patent was dismissed on September 19, 2014 pursuant to the estoppel provision of pre-AIA 35 U.S.C. § 317(b). An *inter partes* reexamination certificate, attached hereto as Exhibit B, issued on August 17, 2016 confirming the patentability of claims 7 and 8. On September 14, 2012, Mitsubishi filed a request for *ex parte*

Complaint

1   reexamination of claim 1 of the '705 patent (Control No. 90/012,587).  An *ex parte*
2   reexamination certificate, attached hereto as Exhibit C, issued on July 12, 2013
3   confirming the patentability of claim 1.  On March 24, 2013, Mitsubishi filed another
4   request for *ex parte* reexamination of claim 1 of the '705 patent (No. 90/012,880).  A
5   second *ex parte* reexamination certificate, attached hereto as Exhibit D, issued on
6   April 24, 2014 confirming the patentability of claim 1.

7        16.    The '705 patent is valid and enforceable.

8                              **COUNT I**

9              **INFRINGEMENT OF U.S. PATENT NO. 7,629,705**

10       17.    GE re-alleges and incorporates by reference the allegations of the
11   preceding paragraphs of this Complaint as if fully set forth herein.

12       18.    On information and belief, Defendants severally, jointly, and/or
13   collectively, have directly, literally or under the doctrine of equivalents, infringed and
14   continue to infringe at least claim 1 of the '705 patent by their make, manufacture,
15   use, installation, commission, sale, offer for sale, and/or importation of products and
16   services related to variable speed wind turbines with ZVRT capabilities, within this
17   judicial District and elsewhere in the United States, including, but not limited to,
18   Defendants' V90-3.0, V100-2.0, V112-3.0, and V117-3.3 wind turbines ("Accused
19   Products"). These models of Accused Products are non-limiting examples that were
20   identified based on publicly available information, and GE reserves the right to
21   identify additional infringing products and activities, including, for example, on the
22   basis of information obtained during discovery.

23       19.    Set forth below is a non-limiting description of Defendants' infringement
24   of claim 1 of the '705 patent in connection with the Accused Products. This
25   description is based on publicly available information. GE reserves the right to modify
26   this description, including, for example, on the basis of information about the Accused
27   Products that it obtains during discovery.

28

1  ***[1.P] A method for operating an electrical machine, said method comprising:***

2  20.    In the period since the '705 patent   issued on December 8, 2009,

3  Defendants installed and commissioned the Accused Products at least at the following

4  wind farms in the United States: Spinning Spur (Texas); Longhorn (Texas); Mile

5  (New Mexico); Kingfisher (Oklahoma); Origin (Oklahoma); Headwaters (Indiana);

6  South Plains (Texas); Keechi (Texas); Hoopeston (Illinois); Alta II-IX (California);

7  Brookfield (California); Granite Reliable (New Hamsphire); Kibby Mountain

8  (Maine); Central Plains (Kansas); Solano (California); Kingdom Community

9  (Vermont); Elkhorn Ridge (Nebraska); Passadumkeag (Maine); and San Gorgonio

10  (California).

11  21.    The method of claim 1 is practiced when the Accused Products are

12  installed and commissioned.

13  ***[1.a] coupling the electrical machine to an electric power system such that the***

14  ***electric power system is configured to transmit at least one phase of electric power***

15  ***to the electrical machine; and***

16


*Excerpt from Vestas brochure for 3.0MW onshore turbines*

23  22.    The Accused Products include either (1) a doubly-fed induction generator

24  (DFIG) that is coupled to a three-phase electric power system via a stator and through

25  a power conversion assembly via a rotor; or (2) a full conversion generator that is

26  coupled to the electric power system through a power conversion assembly via a

27  stator.

28

Complaint

**V90-3.0 MW®**
## Facts and figu

| | |
|---|---|
| **POWER REGULATION** | pitch regulated with variable speed |

**OPERATING DATA**
| | |
|---|---|
| Rated power | 3.0 MW |
| Cut-in wind speed | 3.5 m/s |
| Rated wind speed | 15 m/s |
| Cut-out wind speed | 25 m/s |
| Re-cut in wind speed | 20 m/s |
| Wind class | IEC IA and IEC IIA |
| Operating temperature range | standard range: |
| | -20˚C to 40˚C |
| | low temperature option: |
| | -30˚C to 40˚C |

**SOUND POWER**
(Mode 0, 10 m above ground, hub height 80 m,
air density 1,225 kg/m³)
| | |
|---|---|
| 4 m/s | 97.9 dB (A) |
| 5 m/s | 100.9 dB (A) |
| 6 m/s | 104.2 dB (A) |
| 7 m/s | 106.1 dB (A) |
| 8 m/s | 107.0 dB (A) |
| 9 m/s | 106.9 dB (A) |

**ROTOR**
| | |
|---|---|
| Rotor diameter | 90 m |
| Swept area | 6,362 m² |
| Nominal revolutions | 16.1 rpm |
| Operational interval | 8.6 - 18.4 rpm |
| Air brake | full blade feathering with 3 pitch cylinders |

**ELECTRICAL**
| | |
|---|---|
| Frequency | 50/60 Hz |
| Generator type | 4-pole doubly fed generator |

**V112-3.0 MW**
## Facts & figure

| WIND CLASS | IEC IIA/IIIA | IEC S |
|---|---|---|

| | | |
|---|---|---|
| **POWER REGULATION** | pitch regulated with variable speed | |

**OPERATING DATA**
| | | |
|---|---|---|
| Rated power | 3,075 kW | 3,000 kW |
| Cut-in wind speed | 3 m/s | 3 m/s |
| Rated wind speed | 13 m/s | 13 m/s |
| Cut-out wind speed | 25 m/s | 25 m/s |
| Re-cut in wind speed | 23 m/s | 23 m/s |
| Operating temperature range: | -30˚ up to +40˚* | |

*subject to different temperature options

**SOUND POWER***
(Mode 0, 10 m above ground, hub height 84 m, air density
1,225 kg/m³)
| | | |
|---|---|---|
| 3 m/s | 94.5 dB | 96.0 dB |
| 4 m/s | 97.3 dB | 97.5 dB |
| 5 m/s | 100.9 dB | 100.9 dB |
| 6 m/s | 104.3 dB | 104.4 dB |
| 7 m/s | 106.5 dB | 107.5 dB |
| 8 m/s | 106.5 dB | 107.5 dB |

*other sound reduced modes available

**ROTOR**
| | | |
|---|---|---|
| Rotor diameter | 112 m | 112 m |
| Swept area | 9,852 m² | 9,852 m² |
| Air brake | full blade feathering with 3 pitch cylinders | |

**ELECTRICAL**
| | | |
|---|---|---|
| Frequency | 50/60 Hz | 50/60 Hz |
| Generator type | permanent magnet | permanent magnet |
| Converter | full scale | full scale |

*Excerpts from Vestas brochures for V90 and V112 turbines*

**[1.b] configuring the electrical machine such that the electrical machine remains electrically connected to the electric power system during and subsequent to a voltage amplitude of the electric power system operating outside of a predetermined range for an undetermined period of time, said configuring the electrical machine comprising:**

23.     Defendants configure the Accused Products with ride-through capabilities such that the Accused Products remain electrically connected to the electric power system during and subsequent to the voltage amplitude of the electric power system operating outside of a predetermined range for an undetermined period of time.  For example, Vestas has stated that "Vestas products, such as the V100-1.8 MW, are designed so that your wind park will be fully compliant with applicable grid codes at the point of common coupling.  How this is achieved may differ from country

to country, but generally, the Vestas advanced grid compliance system provides active and reactive power regulation, frequency regulation and fault ride-through capabilities to support grid levels and stability in the event of grid disturbances." *Vestas V100 Brochure*. In addition, Vestas has graphically illustrated the ride-through capabilities of the Accused Products in its product brochures, manuals, and presentations:



## 9.5       Performance – Fault Ride Through

The turbine is equipped with a full-scale converter to gain better control of the wind turbine during grid faults. The turbine control system continues to run during grid faults.

The turbine is designed to stay connected during grid disturbances within the voltage tolerance curve as illustrated:

*Figure 9-3: Low voltage tolerance curve for symmetrical and asymmetrical faults, where U represents voltage as measured on the grid*

For grid disturbances outside the protection curve in Figure 9-, p. 29 the turbine will be disconnected from the grid.

*Excerpt from Vestas Specification for V117 turbine*

Complaint



*Excerpt from Vestas Presentation for V112 turbine*

**[1.c] electrically coupling at least a portion of a control system to at least a portion of the electric power system;**

24.     Defendants couple at least a portion of a control system in the Accused Products to at least a portion of the three-phase electric power system.  For example, as shown in the figure below, the Accused Products are controlled by a Vestas Multi Processor (VMP) Controller, which provides the function of the synchronizing the generator to the three-phase electric power of the electric power system, monitoring the electric power system, and operating the wind turbine during voltage disturbances.

### 3.8   Vestas Multi Processor (VMP) Controller

The turbine is controlled and monitored by the VMP6000 control system.

VMP6000 is a multiprocessor control system comprised of four main processors (ground, nacelle, hub and converter) interconnected by an optically based 2.5 Mbit ArcNet network.

In addition to the four main processors, the VMP6000 consists of a number of distributed I/O modules interconnected by a 500 kbit CAN network.

I/O modules are connected to CAN interface modules by a serial digital bus, CTBus.

The VMP6000 controller serves the following main functions:

- Monitoring and supervision of overall operation.
- Synchronizing of the generator to the grid during connection sequence.
- Operating the wind turbine during various fault situations.
- Automatic yawing of the nacelle.
- OptiTip® - blade pitch control.
- Reactive power control and variable speed operation.
- Noise emission control.
- Monitoring of ambient conditions.
- Monitoring of the grid.
- Monitoring of the smoke detection system.

*Excerpt from Vestas Specification for V117 turbine*

**[1.d] coupling the control system in electronic data communication with at least a portion of the electrical machine; and**

25.     Defendants couple the control system of the Accused Products in electronic data communication with at least a portion of the electrical machine.  For example, the Vestas VMP Controller includes a processor for the converter of the electrical machine.  The processor is in electronic data communication with at least the converter in order to provide the functions of monitoring and supervision of overall operation, synchronizing the generator to the grid during connection sequence, and operating the wind turbine during various fault situations.

Complaint

### 3.8    Vestas Multi Processor (VMP) Controller

The turbine is controlled and monitored by the VMP6000 control system.

VMP6000 is a multiprocessor control system comprised of four main processors (ground, nacelle, hub and converter) interconnected by an optically based 2.5 Mbit ArcNet network.

In addition to the four main processors, the VMP6000 consists of a number of distributed I/O modules interconnected by a 500 kbit CAN network.

I/O modules are connected to CAN interface modules by a serial digital bus, CTBus.

The VMP6000 controller serves the following main functions:

- Monitoring and supervision of overall operation.
- Synchronizing of the generator to the grid during connection sequence.
- Operating the wind turbine during various fault situations.
- Automatic yawing of the nacelle.
- OptiTip® - blade pitch control.
- Reactive power control and variable speed operation.
- Noise emission control.
- Monitoring of ambient conditions.
- Monitoring of the grid.
- Monitoring of the smoke detection system.

*Excerpt from Vestas Specification for V117 turbine*

*[1.e] configuring the electrical machine and the control system such that the electrical machine remains electrically connected to the electric power system during and subsequent to the voltage amplitude of the electric power system decreasing below the predetermined range including approximately zero volts for the undetermined period of time, thereby facilitating zero–voltage ride–through (ZVRT).*

26.    Defendants configure the Accused Products with ride-through capabilities such that the Accused Products remain electrically connected to the electric power system during and subsequent to the voltage amplitude of the electric power system operating outside of a predetermined range for an undetermined period of time, including approximately zero volts, thereby facilitating zero-voltage ride through.  For example, Vestas has stated that "Vestas products, such as the V100-1.8 MW, are designed so that your wind park will be fully compliant with applicable grid codes at the point of common coupling.  How this is achieved may differ from country

12                                              Complaint

to country, but generally, the Vestas advanced grid compliance system provides active and reactive power regulation, frequency regulation and fault ride-through capabilities to support grid levels and stability in the event of grid disturbances." *Vestas V100 Brochure*.  In addition, Vestas has graphically illustrated the zero voltage ride-through capabilities of the Accused Products during grid faults occurring for undetermined periods of time in its product brochures, manuals, and presentations:



### 9.5       Performance – Fault Ride Through

The turbine is equipped with a full-scale converter to gain better control of the wind turbine during grid faults. The turbine control system continues to run during grid faults.

The turbine is designed to stay connected during grid disturbances within the voltage tolerance curve as illustrated:

*Figure 9-3: Low voltage tolerance curve for symmetrical and asymmetrical faults, where U represents voltage as measured on the grid*

For grid disturbances outside the protection curve in Figure 9-, p. 29 the turbine will be disconnected from the grid.

*Excerpt from Vestas Specification for V117 turbine*

1
2
3
4
5
6
7
8
9
10
11
12



13

*Excerpt from Vestas Presentation for V112 turbine*

14   27.   Thus, Defendants severally, jointly, and/or collectively, have directly,
15   literally or under the doctrine of equivalents, infringed and continue to infringe claim
16   1 of the '705 patent.

17   28.   Defendant Vestas A/S has also indirectly and is indirectly infringing at
18   least claim 1 of the '705 patent.

19   29.   Upon information and belief, Defendants had actual knowledge of the
20   '705 patent since September 14, 2011, when Vestas-American and Steven Saylors, an
21   electrical engineer employed by Vestas-American, were served with subpoenas to
22   provide documents and testimony in *General Electric Co. v. Mitsubishi Heavy*
23   *Industries, Ltd. and Mitsubishi Power Systems Americas, Inc.*, C.A. No. 3:10-cv-276-
24   F (N.D. Tx. Sep. 14, 2011) ("the Mitsubishi case"). In the Mitsubishi case, GE
25   asserted infringement of claim 1 of the '705 patent against two Mitsubishi entities. As
26   Vestas-American and its employee were both served with subpoenas for evidence and
27   testimony in the Mitsubishi case, Vestas-American obtained notice of the '705 patent
28   and became aware that it covered a method of providing zero-voltage ride through

1    capability for wind turbines. In particular, Vestas-American was notified in the
2    subpoena that it would be questioned about the "[m]ethods and apparatuses of Vestas
3    for configuring and operating electrical machines that remain connected to the
4    electrical power system during low voltage or zero voltage events, prior to October
5    20, 2006."

6        30.    Defendant Vestas A/S has contributed and contributes to the
7    infringement of at least claim 1 of the '705 patent in violation of 35 U.S.C. § 271.
8    Vestas A/S has known and knows that the Accused Products or components thereof
9    are especially made or especially adapted for use in the infringement of at least claim
10   1 of the '705 patent. These Accused Products or components are not staple articles or
11   commodities of commerce suitable for substantial non-infringing use, and the
12   Accused Products or components are a material part of the invention of the '705
13   patent. As described in 17 through 25, the Accused Products constitute or contain
14   components, including, for example, a generator designed to be coupled to a power
15   grid for receiving at least one phase of electric power, configured to remain
16   electrically connected to the power grid during voltage drops, and coupled to a control
17   system, as well as a control system coupled to the generator and configured so that the
18   generator remains electrically connected to the power grid during voltage drops to
19   facilitate zero voltage ride through. The generators and control systems of the
20   Accused Products as designed and configured are material to practicing the '705
21   patent's invention, and have no substantial non-infringing use. Accordingly, Vestas
22   A/S is contributing to the direct infringement of at least claim 1 of the '705 patent
23   when the Accused Products are installed and commissioned.

24       31.    Defendants' infringement of at least claim 1 of the '705 patent is willful
25   and egregious. As described in paragraph 29, Defendants have had actual knowledge
26   of the '705 patent since September 14, 2011, including the knowledge that the '705
27   patent covered a method of providing zero-voltage ride through capability for wind
28   turbines. Despite Defendants' actual knowledge of the '705 patent and further

Complaint

knowledge that the Accused Products practice at least claim 1 of the '705 patent, Defendants knowingly and intentionally continued to manufacture, make, sell, offer for sale, use, install and/or commission Accused Products throughout the United States from September 14, 2011 to the present date.

32.    Defendants are not licensed or otherwise authorized to practice the claims of the '705 patent.

33.    By reason of Defendants' infringement, GE has suffered, and will continue to suffer, substantial damages.

34.    GE is entitled to recover from Defendants the damages sustained as a result of Defendants' wrongful acts in an amount subject to proof at trial, but in no event less than a reasonable royalty for the infringement of at least claim 1 of the '705 patent by Defendants, together with interest and costs as fixed by the Court.

35.    Defendants' continuing acts of infringement are irreparably harming and causing damage to GE, for which GE has no adequate remedy at law, and GE will continue to suffer such irreparable injury unless Defendants' continuing acts of infringement are enjoined by the Court. The hardships that an injunction would impose are less than those faced by GE should an injunction not issue. The public interest would be served by issuance of an injunction. Thus, GE is entitled to an injunction against further infringement.

36.    Defendants' infringement of one or more claims of the '705 patent is exceptional and entitles GE to attorneys' fees and costs incurred in prosecuting this action under 35 U.S.C. § 285.

## **PRAYER FOR RELIEF**

WHEREFORE, Plaintiff respectfully prays for the following relief:

(a)    A judgment that Defendants have infringed the '705 patent;

(b)    A judgment that Defendants' infringement has been willful;

(c)    An injunction against Defendants, their respective officers, agents, servants, employees, attorneys, parent and subsidiary corporations, assigns and

Complaint

successors in interest, and those persons in active concert or participation with them, enjoining them from infringement of the '705 patent, including but not limited to an injunction against making, using, selling, and/or offering for sale within the United States, and/or importing into the United States, any products, methods, equipment and/or services that infringe the '705 patent;

(d)     Damages adequate to compensate GE for Defendants' infringement of the '705 patent under 35 U.S.C. § 284, together with prejudgment and post-judgment interest and costs;

(e)     Treble damages under 35 U.S.C. § 284 as a result of Defendants' willful and deliberate infringement of the '705 patent;

(f)     A declaration that this Action is exceptional pursuant to 35 U.S.C. § 285, and an award to GE of its attorneys' fees, costs, and expenses incurred in connection with this action; and

(g)     Such other relief as the Court deems just and equitable.

**DEMAND FOR JURY TRIAL**

Pursuant to Rule 38(b) of the Federal Rules of Civil Procedure, Plaintiffs demand a trial by jury on all issues on which trial by jury is available under applicable law.

Complaint

Dated: July 31, 2017

RAINES FELDMAN LLP

By: _____
MILES J. FELDMAN
LAITH D. MOSELY

OF COUNSEL:

DAVID J. LENDER
david.lender@weil.com
ANISH R. DESAI
anish.desai@weil.com
JOANNA L. SCHLINGBAUM
joanna.schlingbaum@weil.com
WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, NY 10153
Telephone: +1 212 310 8000
Facsimile: +1 212 310 8007

W. SUTTON ANSLEY
sutton.ansley@weil.com
WEIL GOTSHAL & MANGES LLP
1300 Eye Street N.W. Suite 900
Washington, D.C. 20005
Telephone: +1 202 682 7000

Attorneys for Plaintiff General Electric Co.

Complaint

# EXHIBIT A

US007629705B2

(12) **United States Patent**    (10) **Patent No.:**    **US 7,629,705 B2**
Barker et al.    (45) **Date of Patent:**    **Dec. 8, 2009**

(54) **METHOD AND APPARATUS FOR OPERATING ELECTRICAL MACHINES**

(75) Inventors: **Sidney A. Barker**, Troutville, VA (US);
**Anthony Klodowski**, Hardy, VA (US);
**John D'Atre**, Vancouver, WA (US);
**Einar Larsen**, Charlton, NY (US);
**Goran Drobnjak**, Niskayuna, NY (US)

(73) Assignee: **General Electric Company**,
Schenectady, NY (US)

( * ) Notice:    Subject to any disclaimer, the term of this
patent is extended or adjusted under 35
U.S.C. 154(b) by 351 days.

(21) Appl. No.: **11/551,430**

(22) Filed:    **Oct. 20, 2006**

(65)    **Prior Publication Data**

US 2008/0093853 A1    Apr. 24, 2008

(51) **Int. Cl.**
*H02P 11/00*    (2006.01)
*H02P 9/00*    (2006.01)
*H02P 9/04*    (2006.01)

(52) **U.S. Cl.** .............................. **290/55**; 322/24; 322/28

(58) **Field of Classification Search** ................... 322/24,
322/28, 44; 290/44, 55
See application file for complete search history.

(56)    **References Cited**

U.S. PATENT DOCUMENTS

5,239,251 A * 8/1993 Lauw ......................... 318/767

| | | | |
|---|---|---|---|
| 6,583,521 | B1 * | 6/2003 | Lagod et al. .................. 307/70 |
| 6,693,409 | B2 | 2/2004 | Lynch et al. |
| 6,850,426 | B2 | 2/2005 | Kojori et al. |
| 2004/0145188 | A1 * | 7/2004 | Janssen et al. ................ 290/44 |
| 2004/0145357 | A1 | 7/2004 | Lynch et al. |
| 2006/0002157 | A1 | 1/2006 | Petter et al. |
| 2007/0132248 | A1 * | 6/2007 | Weng et al. .................. 290/44 |
| 2007/0290506 | A1 * | 12/2007 | Walling ...................... 290/44 |
| 2008/0238215 | A1 * | 10/2008 | Ye et al. ..................... 307/127 |

* cited by examiner

*Primary Examiner*—Julio C. Gonzalez
(74) *Attorney, Agent, or Firm*—James McGinness, Esq.;
Armstrong Teasdale LLP

(57)    **ABSTRACT**

A method for operating an electrical machine includes coupling the electrical machine to an electric power system such that the electric power system is configured to transmit at least one phase of electric power to and from the electrical machine. The method also includes configuring the electrical machine such that the electrical machine remains electrically connected to the electric power system during and subsequent to a voltage amplitude of the electric power system operating outside of a predetermined range for an undetermined period of time.

**17 Claims, 5 Drawing Sheets**



**FIG. 1**

U.S. Patent

Dec. 8, 2009

Sheet 2 of 5

US 7,629,705 B2



**FIG. 2**



FIG. 3

U.S. Patent

Dec. 8, 2009

Sheet 4 of 5

US 7,629,705 B2



**FIG. 4**



**FIG. 5**

**FIG. 6**

US 7,629,705 B2

**1**

## METHOD AND APPARATUS FOR OPERATING ELECTRICAL MACHINES

### BACKGROUND OF THE INVENTION

This invention relates generally to electrical machines and more particularly, to methods and apparatus for operating electrical machines.

Generally, a wind turbine generator includes a turbine that has a rotor that includes a rotatable hub assembly having multiple blades. The blades transform mechanical wind energy into a mechanical rotational torque that drives one or more generators via the rotor. The generators are generally, but not always, rotationally coupled to the rotor through a gearbox. The gearbox steps up the inherently low rotational speed of the rotor for the generator to efficiently convert the rotational mechanical energy to electrical energy, which is fed into a utility grid via at least one electrical connection. Gearless direct drive wind turbine generators also exist. The rotor, generator, gearbox and other components are typically mounted within a housing, or nacelle, that is positioned on top of a base that may be a truss or tubular tower.

Some gearless direct drive wind turbine generator configurations include doubly fed induction generators (DFIGs). Such configurations may also include power converters that are used to transmit generator excitation power to a wound generator rotor from one of the connections to the electric utility grid connection. Under certain circumstances, grid voltage fluctuations may be experienced that may include low voltage transients with voltage fluctuations that approach zero volts. Generally, the power converters and the generator are susceptible to grid voltage fluctuations. Therefore, such grid voltage fluctuations may be deleterious to continuous operation of the wind turbine generator.

### BRIEF DESCRIPTION OF THE INVENTION

In one aspect, a method for operating an electrical machine is provided. The method includes coupling the electrical machine to an electric power system such that the electric power system is configured to transmit at least one phase of electric power to and from the electrical machine. The method also includes configuring the electrical machine such that the electrical machine remains electrically connected to the electric power system during and subsequent to a voltage amplitude of the electric power system operating outside of a predetermined range for an undetermined period of time.

In another aspect, a control system for an electrical machine is provided. The electrical machine is configured to be electrically coupled to an electric power system. The electric power system is configured to transmit at least one phase of electric power to and from the electrical machine. The control system facilitates the electrical machine remaining electrically connected to the electric power system during and subsequent to at least one voltage amplitude of the electric power operating outside of a predetermined range for an undetermined period of time.

In a further aspect, a wind turbine is provided. The wind turbine includes at least one electric power generator configured to be electrically coupled to an electric power system. The electric power system is configured to transmit at least one phase of electric power to and from the generator. The wind turbine also includes at least one control system configured to be electrically coupled to the electric power system. The control system facilitates the electrical machine remaining electrically connected to the electric power system during

**2**

and subsequent to at least one voltage amplitude of the electric power operating outside of a predetermined range for an undetermined period of time.

### BRIEF DESCRIPTION OF THE DRAWINGS

FIG. **1** is a schematic view of an exemplary wind turbine generator;

FIG. **2** is a schematic view of an exemplary electrical and control system that may be used with the wind turbine generator shown in FIG. **1**;

FIG. **3** is a graphical view of grid line voltage versus time that may be associated with the electrical and control system shown in FIG. **2**;

FIG. **4** is a block diagram view of an exemplary phase-locked loop (PLL) regulator that may be used with the electrical and control system shown in FIG. **2**;

FIG. **5** is a block diagram view of an exemplary PLL state machine that may be used with the PLL regulator shown in FIG. **4**; and

FIG. **6** is a tabular view of a plurality of exemplary gain constant and frequency limit values generated as a function of PLL state as determined by the PLL state machine shown in FIG. **5**.

### DETAILED DESCRIPTION OF THE INVENTION

FIG. **1** is a schematic view of an exemplary wind turbine generator **100**. The wind turbine **100** includes a nacelle **102** housing a generator (not shown in FIG. **1**). Nacelle **102** is mounted on a tower **104** (a portion of tower **104** being shown in FIG. **1**). Tower **104** may be any height that facilitates operation of wind turbine **100** as described herein. Wind turbine **100** also includes a rotor **106** that includes three rotor blades **108** attached to a rotating hub **110**. Alternatively, wind turbine **100** includes any number of blades **108** that facilitate operation of wind turbine **100** as described herein. In the exemplary embodiment, wind turbine **100** wind turbine **100** includes a gearbox (not shown in FIG. **1**) rotatingly coupled to rotor **106** and a generator (not shown in FIG. **1**).

FIG. **2** is a schematic view of an exemplary electrical and control system **200** that may be used with wind turbine generator **100** (shown in FIG. **1**). Rotor **106** includes plurality of rotor blades **108** coupled to rotating hub **110**. Rotor **106** also includes a low-speed shaft **112** rotatably coupled to hub **110**. Low-speed shaft **112** is coupled to a step-up gearbox **114**. Gearbox **114** is configured to step up the rotational speed of low-speed shaft **112** and transfer that speed to a high-speed shaft **116**. In the exemplary embodiment, gearbox **114** has a step-up ratio of approximately 70:1. For example, low-speed shaft **112** rotating at approximately 20 revolutions per minute (20) coupled to gearbox **114** with an approximately 70:1 step-up ratio generates a high-speed shaft **116** speed of approximately 1400 rpm. Alternatively, gearbox **114** has any step-up ratio that facilitates operation of wind turbine **100** as described herein. Also, alternatively, wind turbine **100** includes a direct-drive generator wherein a generator rotor (not shown in FIG. **1**) is rotatingly coupled to rotor **106** without any intervening gearbox.

High-speed shaft **116** is rotatably coupled to generator **118**. In the exemplary embodiment, generator **118** is a wound rotor, synchronous, 60 Hz, three-phase, doubly-fed induction generator (DFIG) that includes a generator stator **120** magnetically coupled to a generator rotor **122**. Alternatively, generator **118** is any generator that facilitates operation of wind turbine **100** as described herein.

**3**

Electrical and control system **200** includes a controller **202**. Controller **202** includes at least one processor and a memory, at least one processor input channel, at least one processor output channel, and may include at least one computer (none shown in FIG. **2**). As used herein, the term computer is not limited to just those integrated circuits referred to in the art as a computer, but broadly refers to a processor, a microcontroller, a microcomputer, a programmable logic controller (PLC), an application specific integrated circuit, and other programmable circuits (none shown in FIG. **2**), and these terms are used interchangeably herein. In the exemplary embodiment, memory may include, but is not limited to, a computer-readable medium, such as a random access memory (RAM) (none shown in FIG. **2**). Alternatively, a floppy disk, a compact disc—read only memory (CD-ROM), a magneto-optical disk (MOD), and/or a digital versatile disc (DVD) (none shown in FIG. **2**) may also be used. Also, in the exemplary embodiment, additional input channels (not shown in FIG. **2**) may be, but not be limited to, computer peripherals associated with an operator interface such as a mouse and a keyboard (neither shown in FIG. **2**). Alternatively, other computer peripherals may also be used that may include, for example, but not be limited to, a scanner (not shown in FIG. **2**). Furthermore, in the exemplary embodiment, additional output channels may include, but not be limited to, an operator interface monitor (not shown in FIG. **2**).

Processors for controller **202** process information transmitted from a plurality of electrical and electronic devices that may include, but not be limited to, speed and power transducers. RAM and storage device store and transfer information and instructions to be executed by the processor. RAM and storage devices can also be used to store and provide temporary variables, static (i.e., non-changing) information and instructions, or other intermediate information to the processors during execution of instructions by the processors. Instructions that are executed include, but are not limited to, resident conversion and/or comparator algorithms. The execution of sequences of instructions is not limited to any specific combination of hardware circuitry and software instructions.

Electrical and control system **200** also includes generator rotor tachometer **204** that is coupled in electronic data communication with generator **118** and controller **202**. Generator stator **120** is electrically coupled to a stator synchronizing switch **206** via a stator bus **208**. In the exemplary embodiment, to facilitate the DFIG configuration, generator rotor **122** is electrically coupled to a bi-directional power conversion assembly **210** via a rotor bus **212**. Alternatively, system **200** is configured as a full power conversion system (not shown) known in the art, wherein a fill power conversion assembly (not shown) that is similar in design and operation to assembly **210** is electrically coupled to stator **120** and such full power conversion assembly facilitates channeling electrical power between stator **120** and an electric power transmission and distribution grid (not shown). Stator bus **208** transmits three-phase power from stator **120** and rotor bus **212** transmits three-phase power from rotor **122** to assembly **210**. Stator synchronizing switch **206** is electrically coupled to a main transformer circuit breaker **214** via a system bus **216**.

Assembly **210** includes a rotor filter **218** that is electrically coupled to rotor **122** via rotor bus **212**. Rotor filter **218** is electrically coupled to a rotor-side, bi-directional power converter **220** via a rotor filter bus **219**. Converter **220** is electrically coupled to a line-side, bi-directional power converter **222**. Converters **220** and **222** are substantially identical. Power converter **222** is electrically coupled to a line filter **224**

**4**

and a line contactor **226** via a line-side power converter bus **223** and a line bus **225**. In the exemplary embodiment, converters **220** and **222** are configured in a three-phase, pulse width modulation (PWM) configuration including insulated gate bipolar transistor (IGBT) switching devices (not shown in FIG. **2**) that "fire" as is known in the art. Alternatively, converters **220** and **222** have any configuration using any switching devices that facilitate operation of system **200** as described herein. Assembly **210** is coupled in electronic data communication with controller **202** to control the operation of converters **220** and **222**.

Line contactor **226** is electrically coupled to a conversion circuit breaker **228** via a conversion circuit breaker bus **230**. Circuit breaker **228** is also electrically coupled to system circuit breaker **214** via system bus **216** and connection bus **232**. System circuit breaker **214** is electrically coupled to an electric power main transformer **234** via a generator-side bus **236**. Main transformer **234** is electrically coupled to a grid circuit breaker **238** via a breaker-side bus **240**. Grid breaker **238** is connected to an electric power transmission and distribution grid via a grid bus **242**.

In the exemplary embodiment, converters **220** and **222** are coupled in electrical communication with each other via a single direct current (DC) link **244**. Alternatively, converters **220** and **222** are electrically coupled via individual and separate DC links (not shown in FIG. **2**). DC link **244** includes a positive rail **246**, a negative rail **248**, and at least one capacitor **250** coupled therebetween. Alternatively, capacitor **250** is one or more capacitors configured in series or in parallel between rails **246** and **248**.

System **200** further includes a phase-locked loop (PLL) regulator **400** that is configured to receive a plurality of voltage measurement signals from a plurality of voltage transducers **252**. In the exemplary embodiment) each of three voltage transducers **252** are electrically coupled to each one of the three phases of bus **242**. Alternatively, voltage transducers **252** are electrically coupled to system bus **216**. Also, alternatively, voltage transducers **252** are electrically coupled to any portion of system **200** that facilitates operation of system **200** as described herein. PLL regulator **400** is coupled in electronic data communication with controller **202** and voltage transducers **252** via a plurality of electrical conduits **254**, **256**, and **258**. Alternatively, PLL regulator **400** is configured to receive any number of voltage measurement signals from any number of voltage transducers **252**, including, but not limited to, one voltage measurement signal from one voltage transducer **252**. PLL regulator **400** is discussed further below.

During operation, wind impacts blades **108** and blades **108** transform mechanical wind energy into a mechanical rotational torque that rotatingly drives low-speed shaft **112** via hub **110**. Low-speed shaft **112** drives gearbox **114** that subsequently steps up the low rotational speed of shaft **112** to drive high-speed shaft **116** at an increased rotational speed. High speed shaft **116** rotatingly drives rotor **122**. A rotating magnetic field is induced within rotor **122** and a voltage is induced within stator **120** that is magnetically coupled to rotor **122**. Generator **118** converts the rotational mechanical energy to a sinusoidal, three-phase alternating current (AC) electrical energy signal in stator **120**. The associated electrical power is transmitted to main transformer **234** via bus **208**, switch **206**, bus **216**, breaker **214** and bus **236**. Main transformer **234** steps up the voltage amplitude of the electrical power and the transformed electrical power is further transmitted to a grid via bus **240**, circuit breaker **238** and bus **242**.

In the doubly-fed induction generator configuration, a second electrical power transmission path is provided. Electrical,

US 7,629,705 B2

**5**

three-phase, sinusoidal, AC power is generated within wound rotor **122** and is transmitted to assembly **210** via bus **212**. Within assembly **210**, the electrical power is transmitted to rotor filter **218** wherein the electrical power is modified for the rate of change of the PWM signals associated with converter **220**. Converter **220** acts as a rectifier and rectifies the sinusoidal, three-phase AC power to DC power. The DC power is transmitted into DC link **244**. Capacitor **250** facilitates mitigating DC link **244** voltage amplitude variations by facilitating mitigation of a DC ripple associated with AC rectification.

The DC power is subsequently transmitted from DC link **244** to power converter **222** wherein converter **222** acts as an inverter configured to convert the DC electrical power from DC link **244** to three-phase, sinusoidal AC electrical power with pre-determined voltages, currents, and frequencies. This conversion is monitored and controlled via controller **202**. The converted AC power is transmitted from converter **222** to bus **216** via buses **227** and **225**, line contactor **226**, bus **230**, circuit breaker **228**, and bus **232**. Line filter **224** compensates or adjusts for harmonic currents in the electric power transmitted from converter **222**. Stator synchronizing switch **206** is configured to close such that connecting the three-phase power from stator **120** with the three-phase power from assembly **210** is facilitated.

Circuit breakers **228**, **214**, and **238** are configured to disconnect corresponding buses, for example, when current flow is excessive and can damage the components of the system **200**. Additional protection components are also provided, including line contactor **226**, which may be controlled to form a disconnect by opening a switch (not shown in FIG. **2**) corresponding to each of the lines of the line bus **230**.

Assembly **210** compensates or adjusts the frequency of the three-phase power from rotor **122** for changes, for example, in the wind speed at hub **110** and blades **108**. Therefore, in this manner, mechanical and electrical rotor frequencies matching is facilitated substantially independently of the mechanical rotor speed.

Under some conditions, the bi-directional characteristics of assembly **210**, and specifically, the bi-directional characteristics of converters **220** and **222**, facilitate feeding back at least some of the generated electrical power into generator rotor **122**. More specifically, electrical power is transmitted from bus **216** to bus **232** and subsequently through circuit breaker **228** and bus **230** into assembly **210**. Within assembly **210**, the electrical power is transmitted through line contactor **226** and busses **225** and **227** into power converter **222**. Converter **222** acts as a rectifier and rectifies the sinusoidal, three-phase AC power to DC power. The DC power is transmitted into DC link **244**. Capacitor **250** facilitates mitigating DC link **244** voltage amplitude variations by facilitating mitigation of a DC ripple sometimes associated with three-phase AC rectification.

The DC power is subsequently transmitted from DC link **244** to power converter **220** wherein converter **220** acts as an inverter configured to convert the DC electrical power transmitted from DC link **244** to a three-phase, sinusoidal AC electrical power with pre-determined voltages, currents, and frequencies. This conversion is monitored and controlled via controller **202**. The converted AC power is transmitted from converter **220** to rotor filter **218** via bus **219** is subsequently transmitted to rotor **122** via bus **212**. In this manner, generator reactive power control is facilitated.

Assembly **210** is configured to receive control signals from controller **202**. The control signals are based on sensed conditions or operating characteristics of wind turbine **100** and

**6**

system **200** as described herein and used to control the operation of the power conversion assembly **210**. For example, tachometer **204** feedback in the form of sensed speed of the generator rotor **122** may be used to control the conversion of the output power from rotor bus **212** to maintain a proper and balanced three-phase power condition. Other feedback from other sensors also may be used by system **200** to control assembly **210** including, for example, stator and rotor bus voltages and current feedbacks. Using this feedback information, and for example, switching control signals, stator synchronizing switch control signals and system circuit breaker control (trip) signals may be generated in any known manner. For example, for a grid voltage transient with predetermined characteristics, controller **202** will at least temporarily substantially suspend firing of the IGBTs within converter **222**. Such suspension of operation of converter **222** will substantially mitigate electric power being channeled through conversion assembly **210** to approximately zero.

FIG. **3** is a graphical view of grid line voltage versus time **300** that may be associated with electrical and control system **200** (shown in FIG. **2**). Graph **300** includes an ordinate (y-axis) **302** that represents grid line voltage in units of percent (%). Y-axis **302** illustrates 0% at the graph origin and extends up to 100%. A grid line voltage of 0% is indicative of zero voltage on bus **242** (shown in FIG. **2**). A grid line voltage of 100% indicates a voltage on bus **242** that is 100% of the nominal pre-determined voltage associated with system **200**. Graph **300** also includes an abscissa (x-axis) **304** that represents time in seconds (s). A zero voltage transient is illustrated to start at time equals 0 seconds. In the exemplary embodiment, the zero voltage condition on bus **242** is 0.15 seconds wherein the voltage on bus **242** fully recovers to 100% at approximately 3.5 seconds after the initiation of the transient. Alternatively, a length of time of the zero voltage condition and the characteristics of a grid voltage recovery depend upon a variety of factors known in the art.

When the voltage decreases to zero as illustrated in FIG. **3**, it is likely that there are faults that prevent wind turbine generator **100** from transmitting electrical power to the grid. In the event that the wind continues to rotate rotor **106** (shown in FIGS. **1** and **2**), wind turbine generator **100** continues to generate energy that is not converted to electrical energy. Instead, the energy accelerates rotor **106** until a trip feature is initiated that includes, but is not limited to, a manual trip or an automated overspeed trip.

Moreover, generally, power converter assembly **210** and generator **118** (both shown in FIG. **2**) are susceptible to grid voltage fluctuations. Generator **118** may store magnetic energy that can be converted to high currents when a generator terminal voltage decreases quickly. Those currents can mitigate life expectancies of components of assembly **210** that may include, but not be limited to, semiconductor devices such as the IGBTs within converters **220** and **222** (both shown in FIG. **2**).

FIG. **4** is a block diagram view of exemplary phase-locked loop (PLL) regulator **400** that may be used with electrical and control system **200**. PLL regulator **400** is configured to facilitate a zero voltage ride through (ZVRT) capability for wind turbine generator **100** such that a potential for a wind turbine generator trip and associated consequences to the semiconductor devices are mitigated during zero voltage transients such as that illustrated in FIG. **3**. ZVRT is contrasted to low voltage ride through (LVRT) features known in the art that facilitate mitigating wind turbine generator **100** trips during transients wherein the voltage amplitude rapidly decreases, yet does not decrease to zero volts.

US 7,629,705 B2

7

PLL regulator **400** is coupled in electronic data communication with plurality of voltage transducers **252** via electrical conduits **254**, **256**, and **258** for phases A, B and C of grid bus **242**. In the exemplary embodiment, conduits **254**, **256** and **258** are electrical cables. Alternatively, a network of transmitters and receivers operating in a pre-determined portion of a radio frequency (RF) band may be used to define conduits **254**, **256** and **258**. Sinusoidal voltage measurement signals are transmitted from voltage transducers **252** through conduits **254**, **256**, and **258** for each of the three phases A, B and C, respectively.

In the exemplary embodiment, PLL regulator **400** is configured as a plurality of function blocks within a processor (not shown in FIG. **4**). For clarity, PLL regulator **400** is illustrated external to controller **202**. Alternatively, PLL regulator **400** is configured within a processor associated with controller **202**.

PLL regulator **400** includes at least one phase-locked loop (PLL) **402**. Typically, a PLL is a closed-loop feedback scheme that maintains signals generated by the PLL in a fixed phase relationship with a reference signal. The PLL-generated signal is constantly adjusted to match, in phase, the frequency of the reference signal, i.e., the PLL "locks on" to the reference signal. In the exemplary embodiment, PLL **402** locks on to the frequency of bus **242**. PLL regulator **400** also includes at least one PLL state machine **404** which is described in further detail below.

PLL **402** includes a phase detector function block **406** that is configured to receive the sinusoidal voltage measurement signals transmitted from conduits **254**, **256** and **258** for A-phase, B-phase and C-phase of grid bus **242**, respectively. Function block **406** is also configured to receive a phase angle feedback signal **407** and subsequently combines the voltage measurement signals with signal **407** to generate a phase error signal **408**. Signal **408** is typically measured in radians (r).

PLL **402** also includes a proportional-integral (PI) filter **410**. PI filter **410** includes a proportional gain function block **412**. Function block **412** is configured to receive signal **408**. Function block **412** is also configured to receive a proportional gain constant signal **414** from a proportional gain constant register **416**. Register **416** is populated with values determined as a function of a PLL state (or, PLL mode) as determined by PLL state machine **404** described below. Function block **412** is further configured to multiply signal **408** by signal **414** to generate a proportional gain signal **418** and to transmit signal **418** to a summation function block **420**. Signal **418** is typically measured in r/s.

PI filter **410** also includes an integral gain function block **422**. Function block **422** is configured to receive signal **408**. Function block **422** is also configured to receive an integral gain constant signal **424** from an integral gain constant register **426**. Register **426** is populated with values determined as a function of a PLL state (or, PLL mode) as determined by PLL state machine **404** described below. Function block **422** is further configured to integrate signal **408** with respect to time and multiply the integral value by signal **424** to generate and transmit an integral gain signal **428** to a clamping function block **430**. Signal **428** is typically measured in r/s. Function block **430** is a filter mechanism that permits a clamped integral gain signal **432** to transmit to summation function block **420** if signal **428** resides between a high limit and a low limit. Signal **432** is typically measured in r/s. In contrast, if signal **428** resides outside of a range defined by the high and low limits, signal **428** is blocked from further transmission. The high and low limits of function block **430** are transmitted to and populated within a high limit register **434** and a low limit register **436**, respectively, with values determined as a

8

function of a PLL state (or, PLL mode) as determined by PLL state machine **404** described below.

Function block **420** sums signals **418** and **432** to generate a PI signal **438** and transmit signal **438** to a clamping function block **440**. Signal **438** is typically measured in r/s. Function block **440** is a filter mechanism that permits a clamped integral gain signal **442** to transmit to an integrating function block **444** if signal **438** resides between a high limit and a low limit. Signal **442** is typically measured in r/s. In contrast, if signal **438** resides outside of the range defined by the high and low limits, signal **438** is blocked from further transmission. The high and low limits of function block **440** are transmitted to and populated within a high limit register **446** and a low limit register **448** with values determined as a function of a PLL state (or, PLL mode) as determined by PLL state machine **404** described below.

Integrating function block **444** is configured to receive signal **442** and to integrate signal **444** with respect to time. Function block **444** generates a PLL phase angle signal **450** that is transmitted to controller **202** for control of assembly **210** for subsequent control of electrical currents injected into bus **216** (both shown in FIG. **2**). Feedback signal **407** is identical to signal **450** and is transmitted to function block **406** as described above. Signals **450** and **407** are typically measured in radians (r).

The grid voltage measurement signals are also transmitted to PLL state machine **404** from transducers **252** to be used as described below.

A method for operating generator **118** is provided. The method includes coupling generator **118** to the grid such that the grid is configured to transmit at least one phase of electric power to and from generator **118**. The method also includes configuring generator **118** such that the generator **118** remains electrically connected to the electric power system during and subsequent to a voltage amplitude of the electric power system operating outside of a predetermined range for an undetermined period of time. Specifically, such method includes configuring generator **118** such that generator **118** remains electrically connected to the grid during and subsequent to a voltage amplitude of the electric power decreasing to approximately zero volts for a predetermined period of time, thereby facilitating zero voltage ride through (ZVRT). Moreover, facilitating generator **118** to remain electrically connected to the grid during a ZVRT event subsequently facilitates generator **118** continuing to operate thereby supporting the grid during the transient.

Specifically, FIG. **5** is a block diagram view of exemplary PLL state machine **404** that may be used with PLL regulator **400** (shown in FIG. **4**). In the exemplary embodiment, state machine **404** is configured to transfer PLL regulator **400** to at least one of four states, or modes, of operation as a function of characteristics of voltage signals received as described above. Alternatively, PLL state machine **404** and PLL regulator **400** includes any number of states that facilitates operation of wind turbine **100** as described herein. Each change of state of operation facilitates a dynamic switching between aggressive and non-aggressive gain constants and non-restrictive and restrictive clamps contained within registers **416**, **426**, **434**, **436**, **446** and **448** (all shown in FIG. **4**). Such switching may be configured to be sliding in nature, discrete in nature, or some combination thereof. Therefore, the plurality of states of operation facilitate zero voltage ride through (ZVRT) as well as other grid faults while also facilitating normal operation. These features facilitate managing such gains and clamps dynamically as a function of the voltage characteristics of the grid to which PLL **402** (shown in FIG. **4**) is attempting to lock on to and/or stay locked on to.

US 7,629,705 B2

9

State machine **404** is configured to receive the grid voltage measurement signals transmitted to PLL regulator **400** from transducers **252** via conduits **254**, **256** and **258** (all shown in FIG. **4**). State machine **404** is further configured to receive a "power up" input signal **502** upon successful powering up of PLL regulator **400**. Receipt of input signal **502** initiates state machine **404** shifting to state **0**. State **0** is characterized by state machine **404** preconditioning a set of values to be inserted into registers **416**, **426**, **434**, **436**, **446** and **448**.

FIG. **6** is a tabular view of a plurality of exemplary gain and frequency limit values **600** generated as a function of PLL state as determined by PLL state machine **404** (shown in FIG. **5**). Column **602** represents a plurality of rows **0**, **1**, **2** and **3** that each correspond to a state of operation of PLL regulator **400** (shown in FIG. **5**). PLL regulator **400** may be in only one state of operation at any one time. Column **604** represents a plurality of gain constant values that may be stored in register **416** (shown in FIG. **4**). Column **606** represents a plurality of gain constant values that may be stored in register **426** (shown in FIG. **4**). Column **606** represents a plurality of minimum frequency limit values that may be stored in registers **436** and **448**. Column **608** represents a plurality of maximum frequency limit values that may be stored in registers **434** and **446**. For example, when PLL regulator **400** is in state **0** gain values A and C are in registers **416** and **426**, respectively. In the exemplary embodiment, values A and C represent differing numerical values, for example, but not being limited to, 2.46737 and 328.039, respectively. Moreover, in state **0**, value E is in registers **436**, **448**, **434**, and **446**. In the exemplary embodiment, value E represents a numerical value, for example, but not being limited to, 376.99. Alternatively, differing numerical values that facilitate operation of system **200** as described herein may be in registers **436**, **448**, **434**, and **446**.

Referring to FIG. **5**, in the exemplary embodiment, after a pre-determined period of time (normally a few seconds), state machine **404** attains a permissive to shift regulator **400** to state **1**. Upon successful synchronization of wind turbine generator **100** to the grid, as determined by a closing of circuit breaker **238** for example, state machine **404** shifts regulator **400** to state **1** via a transition path **504**. Alternatively, any conditions that facilitate operation of system **200** as described herein may be used. Moreover, upon de-synchronization of wind turbine generator **100** from the grid, as determined for example by an opening of circuit breaker **238**, state machine **404** shifts regulator **400** to state **0** from state **1** via transition path **506**.

Referring to FIG. **6**, when PLL regulator **400** is in state **1** gain values A and C are in registers **416** and **426**, respectively. In the exemplary embodiment, values A and C represent differing numerical values, for example, but not being limited to, 2.46737 and 328.039, respectively. Moreover, in state **1**, value F is in registers **436** and **448**, and value H is in registers **434** and **446**. In the exemplary embodiment, values F and H represents differing numerical values, for example, but not being limited to, −1507.96 and 1884.96, respectively. Alternatively, differing numerical values that facilitate operation of system **200** as described herein may be in registers **436**, **448**, **434**, and **446**. Values A and C are sometimes referred to as "hot" values and values F and H are sometimes referred to as "wide" values. Such values facilitate PLL **402** initially locking on to the grid frequency.

Referring to FIG. **5**, in the exemplary embodiment, after a pre-determined period of time after PLL **402** locks on to the grid frequency, state machine **404** shifts regulator **400** to state **2** via a transition path **508**. Alternatively, any conditions that facilitate operation of system **200** as described herein may be

10

used. Upon de-synchronization of wind turbine generator **100** from the grid, as determined for example by an opening of circuit breaker **238**, state machine **404** shifts regulator **400** to state **0** from state **2** via transition path **510**.

Referring to FIG. **6**, when PLL regulator **400** is in state **2** gain values B and D are in registers **416** and **426**, respectively. In the exemplary embodiment, values B and D represent differing numerical values, for example, but not being limited to, 0.039937 and 0.393601, respectively. Moreover, in state **2**, value G is in registers **436** and **448**, and value I is in registers **434** and **446**. In the exemplary embodiment, values G and I represent differing numerical values, for example, but not being limited to, 94.2478 and 502.529, respectively. Alternatively, differing numerical values that facilitate operation of system **200** as described herein may be in registers **436**, **448**, **434**, and **446**. Values B and D are sometimes referred to as "cool" values and values G and I are sometimes referred to as "narrow" values. Such values facilitate PLL **402** adjusting to frequency transients on the grid more slowly than in state **1**. This feature facilitates a sluggish reaction of system **200** to normal, minor fluctuations of grid voltage conditions. Moreover, such values facilitate a state shift for more sever grid disturbances as discussed further below. Under normal circumstances, a majority of the time that wind turbine generator **100** is synchronized to the grid, regulator **400** is in state **2**.

Referring to FIG. **5**, in the exemplary embodiment, in the event of a non-synchronous grid fault, abnormally low (not zero) and/or high grid voltage amplitudes, and/or PLL phase error signal **450** (shown in FIG. **4**) exceeds a predetermined threshold, state machine **404** shifts regulator **400** to state **1** from state **2** via a transition path **512**. Alternatively, any conditions that facilitate operation of system **200** as described herein may be used. While in state **1**, the appropriate gain and clamp values are in the appropriate registers as described above. Upon restoration of the grid voltage to per-determined values, after a pre-determined period of time after PLL **402** locks on to the grid frequency, and PLL error signal **450** remains under a pre-determined threshold for a pre-determined period of time, state machine **404** shifts regulator **400** to state **2** from state **1** via transition path **508**. While in state **2**, the appropriate gain and clamp values are in the appropriate registers as described above and LVRT is facilitated.

While regulator **400** is in state **1**, a shift to a state **3** may occur via transition path **514**. Similarly, while regulator **400** is in state **2**, a shift to state **3** from state **2** via transition path **516** may occur. In the exemplary embodiment, the pre-requisites to shift from states **1** and **2** to state **3** includes a grid voltage disturbance that is associated with a symmetric fault that decreases grid voltage to zero volts. Referring to FIG. **6**, when PLL regulator **400** is in state **3** gain values A and C are in registers **416** and **426**, respectively. In the exemplary embodiment, values A and C represent differing numerical values, for example, but not being limited to, 2.46737 and 328.039, respectively. Moreover, in state **3**, value E is in registers **436**, **448**, **434**, and **446**. In the exemplary embodiment, value E represents a numerical value, for example, but not being limited to, 376.99. Alternatively, differing numerical values that facilitate operation of system **200** as described herein may be in registers **436**, **448**, **434**, and **446**. These values facilitate PLL phase angle signal **450** being driven to a phase angle value that would be in effect if there was no grid disturbance. This further facilitates PLL **402** being driven to oscillate at a pre-determined frequency that is substantially similar to the nominal operating frequency, for example, but not being limited to, 60 Hz. Under these circumstances, a potential for wind turbine generator trip is mitigated and ZVRT is facilitated.

11

Referring to FIG. **5**, upon restoration of grid voltage, regulator **400** shifts from state **3** to state **1** via transition path **518**. Alternatively, any conditions that facilitate operation of system **200** as described herein may be used. While in state **1**, the appropriate gain and clamp values are in the appropriate registers as described above. Upon restoration of the grid voltage to per-determined values, after a pre-determined period of time after PLL **402** locks on to the grid frequency, and PLL error signal **450** remains under a pre-determined threshold for a pre-determined period of time, state machine **404** shifts regulator **400** to state **2** from state **1** via transition path **508**. While in state **2**, the appropriate gain and clamp values are in the appropriate registers as described above. Shifting from state **3** to state **1** and then state **2** facilitates effecting smooth state shifting. Upon de-synchronization of wind turbine generator **100** from the grid, as determined for example by an opening of circuit breaker **238**, state machine **404** shifts regulator **400** to state **0** from state **3** via transition path **520**.

The method and apparatus for a wind turbine generator control system described herein facilitate operation of a wind turbine generator. More specifically, the wind turbine generator electrical and control system as described above facilitates an efficient and effective electrical generation and mechanical load transfer scheme. Also, the robust, electrical and control system facilitates generator production efficiency and effectiveness. Such control system also facilitates wind turbine generator reliability and wind turbine generator outages by reducing the number of trips due to grid disturbances.

Exemplary embodiments of wind turbine electrical and control systems as associated with wind turbine generators are described above in detail. The methods, apparatus and systems are not limited to the specific embodiments described herein nor to the specific illustrated wind turbine generators.

While the invention has been described in terms of various specific embodiments, those skilled in the art will recognize that the invention can be practiced with modification within the spirit and scope of the claims.

What is claimed is:

**1**. A method for operating an electrical machine, said method comprising:

coupling the electrical machine to an electric power system such that the electric power system is configured to transmit at least one phase of electric power to the electrical machine; and

configuring the electrical machine such that the electrical machine remains electrically connected to the electric power system during and subsequent to a voltage amplitude of the electric power system operating outside of a predetermined range for an undetermined period of time, said configuring the electrical machine comprising:

electrically coupling at least a portion of a control system to at least a portion of the electric power system;

coupling the control system in electronic data communication with at least a portion of the electrical machine; and

configuring the electrical machine and the control system such that the electrical machine remains electrically connected to the electric power system during and subsequent to the voltage amplitude of the electric power system decreasing below the predetermined range including approximately zero volts for the undetermined period of time, thereby facilitating zero voltage ride through (ZRVT).

12

**2**. A method in accordance with claim **1** wherein coupling the control system in electronic data communication with at least a portion of the electrical machine comprises:

providing a phase-locked loop (PLL) regulator within the control system that has a PLL in electronic data communication with a PLL state machine;

measuring a voltage of the electric power in the electric power system;

generating a voltage measurement signal and a frequency measurement signal;

transmitting the voltage measurement signal to the PLL state machine;

transmitting the frequency measurement signal to the PLL;

determining a PLL regulator state;

using at least one algorithm within the PLL to generate at least one electrical machine control signal;

coupling a power conversion assembly to at least a portion of the control system and to at least a portion of the electrical machine;

coupling the control system to at least a portion of the power conversion assembly; and

configuring at least a portion of the control system to mitigate channeling electrical power through the power conversion assembly.

**3**. A method in accordance with claim **2** wherein determining a PLL regulator state comprises the PLL state machine:

receiving the voltage measurement signal;

using at least one algorithm to determine an amplitude of the voltage measurement signal; and

using at least one algorithm to select a PLL regulator state as a function of the amplitude of the voltage measurement signal.

**4**. A method in accordance with claim **2** wherein using at least one algorithm within the PLL to generate at least one electrical machine control signal comprises:

selecting at least one gain constant numerical value and at least one limit numerical value from a plurality of gain constant numerical values and a plurality of limit numerical values as a function of the PLL regulator state; and

applying the selected gain constant numerical value and the selected limit numerical value to the at least one algorithm.

**5**. A method in accordance with claim **4** wherein selecting at least one gain constant numerical value and at least one limit numerical value comprises selecting at least one maximum limit numerical value and at least one minimum limit numerical value further comprising selecting a range extending between the maximum and minimum limit numerical values as a function of the PLL regulator state.

**6**. A method in accordance with claim **5** wherein applying the selected gain constant numerical value and the selected limit numerical value to the at least one algorithm comprises:

selecting a first gain constant numerical value and a first range extending between the maximum and minimum limit numerical values for a first PLL regulator state, the first PLL regulator state is indicative of at least one of the PLL not being locked on to the electric power system frequency signal and at least one electric power system voltage amplitude is outside a pre-determined range of values; and

selecting a second gain constant numerical value and a second range extending between the maximum and minimum limit numerical values for a second PLL regulator state, wherein the second gain constant numerical value is less than the first gain constant numerical value, the second range is less than the first range, and the

13

second PLL regulator state is indicative of the PLL being locked on to the electric power system frequency signal.

**7.** A control system for an electrical machine, the electrical machine configured to be electrically coupled to an electric power system, wherein the electric power system is configured to transmit at least one phase of electric power to the electrical machine, said control system facilitates the electrical machine remaining electrically connected to the electric power system during and subsequent to at least one of:

at least one voltage amplitude of the electric power system operating outside of a predetermined range for an undetermined period of time; and

a voltage amplitude of each phase of the electric power system decreasing to approximately zero volts for a predetermined period of time, thereby facilitating zero voltage ride through (ZVRT).

**8.** A control system in accordance with claim **7** comprising at least one algorithm configured to adjust at least one of the following as a function of at least one voltage amplitude of the electric power system:

at least one gain constant numerical value;

at least one maximum limit numerical value; and

at least one minimum limit numerical value.

**9.** A control system for an electrical machine, the electrical machine configured to be electrically coupled to an electric power system, wherein the electric power system is configured to transmit at least one phase of electric power to the electrical machine, said control system facilitates the electrical machine remaining electrically connected to the electric power system during and subsequent to at least one voltage amplitude of the electric power system operating outside of a predetermined range for an undetermined period of time, said control system comprising at least one phase-locked loop (PLL) regulator coupled in electronic data communication with at least a portion of the electric power system, said PLL regulator comprising:

at least one PLL comprising at least one phase detection scheme and at least one proportional-integral (PI) filter scheme; and

at least one PLL state machine coupled in electronic data communication with at least a portion of said PLL.

**10.** A control system in accordance with claim **9** wherein said PI filter scheme comprises:

at least one proportional gain algorithm configured to receive at least one proportional gain constant selected from a plurality of proportional gain constants as a function of at least one voltage amplitude of the electric power system, said proportional gain algorithm further configured to generate a proportional gain signal;

at least one integral gain algorithm configured to receive at least one integral gain constant selected from a plurality of integral gain constants as a function of at least one voltage amplitude of the electric power system, said integral gain algorithm further configured to generate an integral gain signal;

at least one integral filter algorithm configured to receive at least one integral filter limit selected from a plurality of integral filter limits as a function of at least one voltage amplitude of the electric power system, said integral filter algorithm further configured to generate a filtered integral signal;

at least one summation algorithm configured to receive and sum said proportional gain and filtered integral signals and generate a summation signal; and

at least one summation filter algorithm configured to receive at least one summation filter limit selected from

14

a plurality of summation filter limits as a function of at least one voltage amplitude of the electric power system.

**11.** A control system in accordance with claim **10** wherein said PLL state machine comprises at least one algorithm configured to determine a state of said PLL regulator as a function of at least one voltage amplitude of the electric power system and at least one table of numerical values comprising at least:

said plurality of proportional gain constants;

said plurality of integral gain constants;

said plurality of integral filter limits; and

said plurality of summation filter limits.

**12.** A control system in accordance with claim **10** wherein said PLL state machine is configured to transmit at least one of the following as a function of said PLL regulator state:

said proportional gain constant selected from said plurality of proportional gain constants;

said integral gain constant selected from said plurality of integral gain constants;

said integral filter limit selected from said plurality of integral filter limits; and

said summation filter limit selected from said plurality of summation filter limits.

**13.** A wind turbine comprising:

at least one electric power generator configured to be electrically coupled to an electric power system, wherein the electric power system is configured to transmit at least one phase of electric power to and from said generator;

at least one control system configured to be electrically coupled to the electric power system, said control system facilitates the electrical machine remaining electrically connected to the electric power system during and subsequent to at least one voltage amplitude of the electric power system operating outside of a predetermined range for an undetermined period of time; and

at least one phase-locked loop (PLL) regulator coupled in electronic data communication with at least a portion of the electric power system, said PLL regulator comprising:

at least one PLL comprising at least one phase detection scheme and at least one proportional-integral (PI) filter scheme; and

at least one PLL state machine coupled in electronic data communication with at least a portion of said PLL.

**14.** A wind turbine in accordance with claim **13** comprising at least one algorithm configured to adjust at least one of the following as a function of at least one voltage amplitude of the electric power system:

at least one gain constant numerical value;

at least one maximum limit numerical value; and

at least one minimum limit numerical value.

**15.** A wind turbine in accordance with claim **13** wherein said PI filter scheme comprises:

at least one proportional gain algorithm configured to receive at least one proportional gain constant selected from a plurality of proportional gain constants as a function of at least one voltage amplitude of the electric power system, said proportional gain algorithm further configured to generate a proportional gain signal;

at least one integral gain algorithm configured to receive at least one integral gain constant selected from a plurality of integral gain constants as a function of at least one voltage amplitude of the electric power system, said integral gain algorithm further configured to generate an integral gain signal;

at least one integral filter algorithm configured to receive at least one integral filter limit selected from a plurality of

US 7,629,705 B2

15

integral filter limits as a function of at least one voltage amplitude of the electric power system, said integral filter algorithm further configured to generate a filtered integral signal;

at least one summation algorithm configured to receive and sum said proportional gain and filtered integral signals and generate a summation signal; and

at least one summation filter algorithm configured to receive at least one summation filter limit selected from a plurality of summation filter limits as a function of at least one voltage amplitude of the electric power system.

**16**. A wind turbine in accordance with claim **15** wherein said PLL state machine comprises at least one algorithm configured to determine a state of said PLL regulator as a function of at least one voltage amplitude of the electric power system and at least one table of numerical values comprising at least:

16

said plurality of proportional gain constants;
said plurality of integral gain constants;
said plurality of integral filter limits; and
said plurality of summation filter limits.

**17**. A wind turbine in accordance with claim **15** wherein said PLL state machine is configured to transmit at least one of the following as a function of said PLL regulator state:

said proportional gain constant selected from said plurality of proportional gain constants;

said integral gain constant selected from said plurality of integral gain constants;

said integral filter limit selected from said plurality of integral filter limits; and

said summation filter limit selected from said plurality of summation filter limits.

* * * * *

# EXHIBIT B

US007629705C3

(12) **INTER PARTES REEXAMINATION CERTIFICATE** (1328th)

# United States Patent
Baker et al.

(10) **Number:** **US 7,629,705 C3**

(45) **Certificate Issued:** **Aug. 17, 2016**

(54) **METHOD AND APPARATUS FOR OPERATING ELECTRICAL MACHINES**

(75) Inventors: **Sidney A. Baker**, Troutville, VA (US);
**Anthony Klodowski**, Hardy, VA (US);
**John D'Atre**, Vancouver, WA (US);
**Einar Larsen**, Charlton, NY (US);
**Goran Drobnjak**, Niskayuna, NY (US)

(73) Assignee: **General Electric Company**

**Reexamination Request:**
No. 95/000,633, May 24, 2011

**Reexamination Certificate for:**

| | |
|---|---|
| Patent No.: | **7,629,705** |
| Issued: | **Dec. 8, 2009** |
| Appl. No.: | **11/551,430** |
| Filed: | **Oct. 20, 2006** |

Reexamination Certificate C1 7,629,705 issued Jul. 12, 2013

Reexamination Certificate C2 7,629,705 issued Apr. 24, 2014

(51) **Int. Cl.**

| | |
|---|---|
| *F03D 9/00* | (2016.01) |
| *H02P 9/04* | (2006.01) |
| *H02H 7/06* | (2006.01) |
| *H02P 9/00* | (2006.01) |
| *H02P 11/00* | (2006.01) |
| *H02J 3/38* | (2006.01) |
| *H02P 101/15* | (2015.01) |

(52) **U.S. Cl.**
CPC .............. *H02P 9/007* (2013.01); *H02J 3/386*
(2013.01); *H02P 2101/15* (2015.01); *Y02E*
*10/763* (2013.01)

(58) **Field of Classification Search**
None
See application file for complete search history.

(56) **References Cited**

To view the complete listing of prior art documents cited during the proceeding for Reexamination Control Number 95/000,633, please refer to the USPTO's public Patent Application Information Retrieval (PAIR) system under the Display References tab.

*Primary Examiner* — Robert Nasser

(57) **ABSTRACT**

A method for operating an electrical machine includes coupling the electrical machine to an electric power system such that the electric power system is configured to transmit at least one phase of electric power to and from the electrical machine. The method also includes configuring the electrical machine such that the electrical machine remains electrically connected to the electric power system during and subsequent to a voltage amplitude of the electric power system operating outside of a predetermined range for an undetermined period of time.



US 7,629,705 C3

**1**

## INTER PARTES
## REEXAMINATION CERTIFICATE

THE PATENT IS HEREBY AMENDED AS
INDICATED BELOW.

**Matter enclosed in heavy brackets [ ] appeared in the
patent, but has been deleted and is no longer a part of the
patent; matter printed in italics indicates additions made
to the patent.**

AS A RESULT OF REEXAMINATION, IT HAS BEEN
DETERMINED THAT:

Claims **9**, **13** and **14** are cancelled.

Claim **7** is determined to be patentable as amended.

**2**

Claim **8**, dependent on an amended claim, is determined
to be patentable.

Claims **1-6**, **10-12** and **15-17** were not reexamined.

**7**. A control system for an electrical machine, the electri-
cal machine configured to be electrically coupled to an
electric power system, wherein the electric power system is
configured to transmit at least one phase of electric power to
the electrical machine, said control system facilitates the
electrical machine remaining electrically connected to the
electric power system during and subsequent to [at least one
of]:

at least one voltage amplitude of the electric power
system operating outside of a predetermined range for
an undetermined period of time; and

a voltage amplitude of each phase of the electric power
system decreasing to approximately zero volts for a
predetermined period of time, thereby facilitating zero
voltage ride through (ZVRT).

\*   \*   \*   \*   \*

# EXHIBIT C

US007629705C1

## (12) EX PARTE REEXAMINATION CERTIFICATE (9745th)

# United States Patent
Barker et al.

(10) **Number:** US 7,629,705 C1
(45) **Certificate Issued:** Jul. 12, 2013

(54) **METHOD AND APPARATUS FOR OPERATING ELECTRICAL MACHINES**

(75) Inventors: **Sidney A. Barker**, Troutville, VA (US); **Anthony Klodowski**, Hardy, VA (US); **John D'Atre**, Vancouver, WA (US); **Elnar Larsen**, Charlton, NY (US); **Goran Drobnjak**, Niskayuna, NY (US)

(73) Assignee: **General Electric Company**, Schenectady, NY (US)

**Reexamination Request:**
No. 90/012,587, Sep. 14, 2012

**Reexamination Certificate for:**
Patent No.: **7,629,705**
Issued: **Dec. 8, 2009**
Appl. No.: **11/551,430**
Filed: **Oct. 20, 2006**

(51) **Int. Cl.**
*F03D 9/00* (2006.01)
*H02P 9/04* (2006.01)
*H02P 11/00* (2006.01)
*H02H 7/06* (2006.01)

(52) **U.S. Cl.**
USPC .................................. **290/55**; 322/24; 322/28

(58) **Field of Classification Search**
None
See application file for complete search history.

(56) **References Cited**

To view the complete listing of prior art documents cited during the proceeding for Reexamination Control Number 90/012,587, please refer to the USPTO's public Patent Application Information Retrieval (PAIR) system under the Display References tab.

*Primary Examiner* — Robert Nasser

(57) **ABSTRACT**

A method for operating an electrical machine includes coupling the electrical machine to an electric power system such that the electric power system is configured to transmit at least one phase of electric power to and from the electrical machine. The method also includes configuring the electrical machine such that the electrical machine remains electrically connected to the electric power system during and subsequent to a voltage amplitude of the electric power system operating outside of a predetermined range for an undetermined period of time.

**At the time of issuance and publication of this certificate, the patent remains subject to pending reexamination control number 95/000,633 filed May 24, 2011. The claim content of the patent may be subsequently revised if a reexamination certificate issues from the reexamination proceeding.**



US 7,629,705 C1

**1**

**EX PARTE**
**REEXAMINATION CERTIFICATE**
**ISSUED UNDER 35 U.S.C. 307**

NO AMENDMENTS HAVE BEEN MADE TO
THE PATENT

AS A RESULT OF REEXAMINATION, IT HAS BEEN
DETERMINED THAT:

The patentability of claim **1** is confirmed.

Claims **2-17** were not reexamined.

\* \* \* \* \*

# EXHIBIT D

US007629705C2

(12) **EX PARTE REEXAMINATION CERTIFICATE** (10130th)

# United States Patent

Barker et al.

(10) **Number:** US 7,629,705 C2

(45) **Certificate Issued:** Apr. 24, 2014

(54) **METHOD AND APPARATUS FOR OPERATING ELECTRICAL MACHINES**

(75) Inventors: **Sidney A. Barker**, Troutville, VA (US);
**Anthony Klodowski**, Hardy, VA (US);
**John D'Atre**, Vancouver, WA (US);
**Einar Larsen**, Charlton, NY (US);
**Goran Drobnjak**, Niskayuna, NY (US)

(73) Assignee: **General Electric Company**,
Schenectady, NY (US)

**Reexamination Request:**
No. 90/012,880, May 24, 2013

**Reexamination Certificate for:**

| | |
|---|---|
| Patent No.: | **7,629,705** |
| Issued: | **Dec. 8, 2009** |
| Appl. No.: | **11/551,430** |
| Filed: | **Oct. 20, 2006** |

Reexamination Certificate C1 7,629,705 issued Jul. 12, 2013

(51) **Int. Cl.**
*F03D 9/00* (2006.01)
*H02P 9/04* (2006.01)
*H02P 11/00* (2006.01)
*H02H 7/06* (2006.01)

(52) **U.S. Cl.**
USPC .................................. 290/55; 322/24; 322/28

(58) **Field of Classification Search**
None
See application file for complete search history.

(56) **References Cited**

To view the complete listing of prior art documents cited during the proceeding for Reexamination Control Number 90/012,880, please refer to the USPTO's public Patent Application Information Retrieval (PAIR) system under the Display References tab.

*Primary Examiner* — Robert Nasser

(57) **ABSTRACT**

A method for operating an electrical machine includes coupling the electrical machine to an electric power system such that the electric power system is configured to transmit at least one phase of electric power to and from the electrical machine. The method also includes configuring the electrical machine such that the electrical machine remains electrically connected to the electric power system during and subsequent to a voltage amplitude of the electric power system operating outside of a predetermined range for an undetermined period of time.

**At the time of issuance and publication of this certificate, the patent remains subject to pending reexamination control number 95/000,633 filed May 24, 2011. The claim content of the patent may be subsequently revised if a reexamination certificate issues from the reexamination proceeding.**



US 7,629,705 C2

**1**

**EX PARTE
REEXAMINATION CERTIFICATE
ISSUED UNDER 35 U.S.C. 307**

NO AMENDMENTS HAVE BEEN MADE TO
THE PATENT

AS A RESULT OF REEXAMINATION, IT HAS BEEN
DETERMINED THAT:

The patentability of claim **1** is confirmed.

Claims **2-17** were not reexamined.

\*   \*   \*   \*   \*

**2**