MILES J. FELDMAN (Bar No. 173383)
mfeldman@raineslaw.com
LAITH D. MOSELY (Bar No. 250832)
lmosely@raineslaw.com
**RAINES FELDMAN LLP**
1800 Avenue of the Stars, 12th Floor
Los Angeles, California 90067
Telephone: +1 310 440 4100
Facsimile: +1 310 691 1367

DAVID J. LENDER (*pro hac vice*)
david.lender@weil.com
ANISH DESAI (*pro hac vice*)
anish.desai@weil.com
**WEIL, GOTSHAL & MANGES LLP**
767 Fifth Avenue
New York, NY 10153-0119
Telephone: +1 212 310 8000
Facsimile: +1 212 310 8007

*Attorneys for Plaintiff and Counter-Defendant*

Morgan Chu (Bar No. 70446)
mchu@irell.com
Gary N. Frischling (Bar No. 130583)
gfrischling@irell.com
Amy E. Proctor (Bar No. 283845)
aproctor@irell.com
**IRELL & MANELLA LLP**
1800 Avenue of the Stars, Suite 900
Los Angeles, California 90067-4276
Telephone: (310) 277-1010
Facsimile: (310) 203-7199

*Attorneys for Defendants and Counterclaimants*

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| General Electric Co.,<br><br>    Plaintiff and Counter-Defendant,<br><br>vs.<br><br>Vestas Wind Systems A/S, et al.,<br><br>    Defendants and Counterclaimants. | Case No. 2:17-cv-05653-AB-PLA<br><br>**PARTIES' AGREED NOTICE OF VOLUNTARY DISMISSAL** UNDER RULE 41(a)(1)(A)(ii) |

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff and Counter-Defendant General Electric Co. ("GE"), and Defendant and Counterclaimant Vestas Wind Systems A/S and Defendant and Counterclaimant Vestas-American Wind Technology, Inc. (collectively, "Vestas"), hereby stipulate that:

(1) GE's claims and counterclaims against Vestas in this case are hereby dismissed with prejudice; and

(2) Vestas's counterclaims against GE in this case are hereby dismissed with prejudice.

GE and Vestas further stipulate that each party shall bear its own costs and fees expended in this case.

Respectfully submitted,

Dated: June 25, 2019            /s/ *Laith D. Mosely*

MILES J. FELDMAN (Bar No. 173383)
mfeldman@raineslaw.com
LAITH D. MOSELY (Bar No. 250832)
lmosely@raineslaw.com
RAINES FELDMAN LLP
1800 Avenue of the Stars, 12th Floor
Los Angeles, California 90067
Telephone: +1 310 440 4100
Facsimile: +1 310 691 1367

OF COUNSEL:

DAVID J. LENDER
david.lender@weil.com
ANISH R. DESAI
anish.desai@weil.com
WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, NY 10153
Telephone: +1 212 310 8000
Facsimile: +1 212 310 8007

BRIAN E. FERGUSON
brian.ferguson@weil.com
W. SUTTON ANSLEY
sutton.ansley@weil.com
WEIL GOTSHAL & MANGES LLP
2001 M Street NW, Suite 600

|   |   |   |
|---|---|---|
| 1 |   | Washington, D.C. 20036<br>Telephone: +1 202 682 7000 |
| 2 |   | *Attorneys for General Electric Co.* |
| 5 | Dated: June 25, 2019 | /s/ *Amy E. Proctor* |
| 6 |   | Morgan Chu (Bar No. 70446)<br>mchu@irell.com<br>Gary N. Frischling (Bar No. 130583)<br>gfrischling@irell.com<br>Amy E. Proctor (Bar No. 283845)<br>aproctor@irell.com<br>IRELL & MANELLA LLP<br>1800 Avenue of the Stars, Suite 900<br>Los Angeles, California 90067-4276<br>Telephone:   (310) 277-1010<br>Facsimile:   (310) 203-7199 |
| 12 |   | *Attorneys for Vestas Wind Systems A/S and Vestas-American Wind Technology, Inc.* |